IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
13 MAR 11 AM 9:25
MICHAEL J. NEWMAN
UNITED STATES
MAGISTRATE JUDGE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:13mj074 |
| v | : | |
| KENNETH WYNN | : | WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

TO THE MONTGOMERY COUNTY JAIL, DAYTON, OHIO
TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF OHIO;
AND TO ANY OTHER AUTHORIZED LAW ENFORCEMENT OFFICER:

We command that you have the person of KENNETH WYNN, a defendant in this cause, detained in the MONTGOMERY COUNTY JAIL, DAYTON, OHIO under safe and secure conduct, before United States Magistrate Judge Michael J. Newman for the Southern District of Ohio, in Dayton on the 11th day of March, 2013 at 1:30 p.m. for an initial appearance.

We further command you, that said prisoner is to remain within said District pending hearing and then that you return him to the said MONTGOMERY COUNTY JAIL, DAYTON, OHIO under safe and secure conduct, and have you then and there this Writ.

Certified copy of this Writ shall be authority for the United States Marshal and any other authorized law enforcement officer to act in the premises.

_/s/ Michael Newman_
MICHAEL J. NEWMAN
United States Magistrate Judge

CARTER M. STEWART
United States Attorney

s/Brent Tabacchi
Brent G. Tabacchi (IL 6276029)
Assistant United States Attorney