# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:13MJ74 |
| -vs- | : | Magistrate Judge Michael J. Newman |
| KENNETH WYNN, | : | |
| Defendant. | : | |

## BINDOVER ORDER

This case came on for hearing for a Preliminary Examination on Monday, March 25, 2013. Defendant, present with counsel, waived his right to a preliminary examination. The Court finds the waiver to be knowing, intelligent and voluntary. **IT IS THEREFORE ORDERED** that the Defendant, accordingly, is bound over to the Grand Jury to answer the charge(s) in the United States District Court.

March 25, 2013                              s/ Michael J. Newman
                                            United States Magistrate Judge